UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORTEZ STACKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07CV1069 RWS |
| | ) |
| ALBERTO GONZALES, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Stacker's pro se "Petition for Extraordinary Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2241." The Court lacks jurisdiction to grant the writ, and the Court shall accordingly dismiss it.

A district court's jurisdiction over writs filed pursuant to 28 U.S.C. § 2241 is geographically limited to the judicial district in which petitioner's custodian is located. 28 U.S.C. § 2241(a); Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004). Stacker is currently confined at FCI Forrest City in Forrest City, Arkansas. Stacker's custodian, therefore, is located within the Eastern District of Arkansas. Consequently, this Court lacks jurisdiction to grant the writ, and this case shall be dismissed pursuant to Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's writ of habeas corpus pursuant to 28 U.S.C. § **DISMISSED** for lack of jurisdiction.

Dated this 12th day of June, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE